# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| JUAN SOLORZANO-CISNEROS, ) | |
| ) | Case No. 7:12-cv-00537 |
| Petitioner, ) | |
| ) | |
| v. ) | FINAL ORDER |
| ) | |
| ) | |
| WARDEN ZYCH, ) | |
| ) | By: Hon. Michael F. Urbanski |
| Respondent. ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby **ORDERED AND ADJUDGED** that the respondent's motion to dismiss is **GRANTED;** the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, is **DISMISSED**; and this action is stricken from the active docket of the court.

Further, finding that petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the parties.

Entered: April 29, 2013

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge